No. 5,436.—ANNIE M. POLGLASE, Respondent, *v.* CITY OF BUTTE, Appellant.

*Appeal from District Court, Silver Bow County.*

Decided December 5, 1923.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal in the above-entitled cause is dismissed.

*Mr. John T. Andrew,* for Appellant.

*Messrs. Wheeler & Baldwin,* for Respondent.